# IN The Court of Appeals
## For The First District of Texas
### AT Houston

FILED IN
1ST COURT OF APPEALS
HOUSTON, TE...
MAY -6 2015
CHRISTOPHER A. PRINE
CLERK _____

Cause Nos. 01-13-00739 Cr, 01-13-00740cr, 01-13-00741Cr, 01-13-00742 cr

Benny Joseph Walker, Appellant § Appeals of Causes Nos. 16,407;
§ 16,408; 16,409; 16,410
V. §
§ From The 21st District Court
State of Texas, Appellee § of Washington County, Texas

## Appellant's Motion for En Banc Rehearing

### To The Honorable Judges of said Court:

Comes now Benny Joseph Walker, Appellant, moving the Court for an En Banc hearing in accordance with Texas Rule of Appelate Procedure rule 64.

For good cause appellate asks this Court for a full panel review of above stated causes to evaluate the merits of arguements and controlling authorities cited in Appellants Direct Appeal.

Appellant prays this Court, due to the severity of the issues and the 229 year sentence would justify the requested impartial review.

Respectfully submitted on April 27, 2015.

Benny Joseph Walker
TDCJ # 01877490
James V. Allred Unit
2101 Fm. 369 N.
Iowa Park, Texas 76367

I, __Benny Joseph Walker__, Appellant, do hereby swear and affirm that a copy of Appellant's Motion for Rehearing was sent to the Prosecuting Attorney of the 21st District Court of Washington County, Texas,

Ms. Julia Renken, District Attorney
Courthouse Annex
110 S. Park Street
Brenham, Texas     77833

by U.S. mail by placing in U.S. Mail Box at Allred Unit of TDCJ on April 27, 2015

Benny Joseph Walker
TDCJ# 01877490
James V. Allred Unit
2101 F.M. 369 N.
Iowa Park, Texas
     76367

Benny Walker TDCJ #01877490
James V. Allred Unit.
2101 F.m. 369 N.
Iowa Park, Texas 76367

Legal Mail

S

Court of Appeals, First District
301 Fannin Street, suite 245
Houston, Texas 77002-2066

7700220662 70